CHARLES E. BERNSTEIN, Respondent-Appellant, v. GEORGE WITTNER et al., Appellants-Respondents, and JAYMEL FOOD PRODUCTS CO., INC., Impleaded Defendant, Respondent-Appellant.

---

* Affd. with memorandum 291 N. Y. 685.
† Affd. without opinion 291 N. Y. 684.

Hagarty,
Carswell, Johnston, Taylor and Lewis, JJ., concur.